UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ARNOLD E. LANE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:11-CV-325 |
| v. ) | (VARLAN/GUYTON) |
| ) | |
| VITTORIA, S.p.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion for Clarification of Memorandum and Order [Doc. 81], in which Plaintiffs move the Court to clarify the documents to be produced pursuant to Memorandum and Order [Doc. 79]. The Court finds that the Motion for Clarification **[Doc. 81]** is well-taken, and it is **GRANTED**.

Paragraphs five and one of Court's previous order is **CLARIFIED** in that, on or before **February 13, 2014**, Defendants and/or the manufacturing Defendants **SHALL ALSO PRODUCE**:

1. From Bates stamped documents 00056 through 00058, those documents described in rows 1, 2, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 3, 3.1, 3.2, 4, 4.1, 4.2, 4.3, 5, 5.1, 5.2, 5.3, 5.4, 5.5 and 5.6 for the relevant period, as highlighted in Doc. 81-1; and from Vittoria document production 00060 the documents described in rows 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12, as highlighted in 81-2.

5. A full length (unredacted) copy of the quality control video titled "How We Control Our Quality," and a copy of any other videos in the possession of the manufacturing Defendants, as defined in Doc. 20, which concern the manufacturing of an open tubular tire.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge